# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: BERNADETTE FRUCHTNICHT      CASE NO. 08-10339; SEC B
                                                                                 CHAPTER 13

## CONSENT ORDER

Considering the hearing scheduled for August 20, 2008, on the Motion for Relief filed on behalf of GMAC MORTGAGE, LLC ("Creditor") **(P-20)** and the agreement between parties:

**IT IS HEREBY ORDERED** that the Debtor, BERNADETTE FRUCHTNICHT ("Debtor"), has paid to GMAC MORTGAGE, LLC, $2,906.78, which represents the monthly mortgage payments for May 2008 and partial June 2008.

**IT IS FURTHER ORDERED** that the debtor shall pay the balance of $1,013.60, which represents remainder of the June 2008 payment, the July 2008 payment and attorney fees and costs of $700.00, in CERTIFIED FUNDS ONLY, by paying $168.94, in six (6) monthly installments, in addition to the regular monthly mortgage payment of $1,531.79, for a total payment of $1,700.73, beginning September 1, 2008 through and including February 1, 2009. The Debtor shall also pay the August 1, 2008 payment directly.

**IT IS FURTHER ORDERED** that the debtor shall thereafter pay the regular monthly mortgage payments on a timely basis in accordance with the note and mortgage beginning with the March 1, 2009 installment.

**IT IS FURTHER ORDERED** that in the event the Debtor, BERNADETTE FRUCHTNICHT fails to make all payments as required by this consent order or fails to pay any regular monthly mortgage payments thereafter or fails to pay said attorney's fees, all in accordance with this consent order, which shall survive until vacated or this case dismissed or converted to a Chapter 7, then GMAC MORTGAGE, LLC shall be entitled to ex parte relief from the automatic stay upon presentation of an affidavit of an officer or employee of GMAC MORTGAGE, LLC or

its successor establishing such default 30 days thereafter, thereby allowing GMAC MORTGAGE, LLC or its successor to foreclose immediately on the property securing the claim of GMAC MORTGAGE, LLC, which property bears the municipal address of 1318 Severn Avenue, Metairie, Louisiana 70001. This order shall survive after the present plan default has cured.

New Orleans, Louisiana, September 19, 2008.

J. A. Brown
Jerry A. Brown
U.S. Bankruptcy Judge

| | |
|---|---|
| DEAN MORRIS, L.L.P. | Timothy P. Kirkpatrick |
| 1820 Avenue of America | Attorney at Law |
| P. O. Box 15270 | 3501 N. Causeway Blvd. Suite 300 |
| Monroe, LA 71207-5270 | Metairie, LA 70002 |
| (318) 388-1440 | |
| | |
| By: /S/ Benjamin B. Dean | By: /S/ Timothy P. Kirkpatrick |
| Benjamin B. Dean (Bar # 29827) | Timothy P. Kirkpatrick |
| Attorneys for Creditor | Attorney for Debtor, BERNADETTE FRUCHTNICHT |